Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ERIN COMPARRI,<br><br>        Plaintiff,<br><br>    v.<br><br>DIVERSIFIED CONVEYORS INTERNATIONAL, LLC, a limited liability company; and DCI HOLDINGS, INC., a for profit corporation,<br><br>        Defendants. | Case No. 2:20-cv-01795-JLR **JLR**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>NOTED FOR CONSIDERATION:<br>June 16, 2022 |

## JOINT STIPULATION

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1

Respectfully submitted this 16th day of June, 2022.

By: /s/Mark K. Davis  
Mark K. Davis, WSBA #38713  
DETHLEFS SPARWASSER REICH DICKERSON, PLLC  
100 Second Avenue S., Ste. 190  
Edmonds, WA 98020  
Telephone: 425-776-1352  
Fax: 425-776-2467  
mark@detsparlaw.com  

Attorneys for Plaintiff

By: /s/ Susan K. Stahlfeld  
Susan K. Stahlfeld, WSBA No. 22003  
MILLER NASH GRAHAM & DUNN LLP  
Pier 70, 2801 Alaskan Way, Suite 300  
Seattle, Washington 98121  
Tel: (206) 624-8300  
Email: susan.stahlfeld@millernash.com  

Whitney M. Dowdy (admitted pro hac vice)  
Emma R. Davis (admitted pro hac vice)  
BAKER, DONELSON, BEARMAN,  
 CALDWELL & BERKOWITZ, PC  
165 Madison Avenue, Suite 2000  
Memphis, Tennessee 38103  
Tel: (901) 526-2000  
Email: wdowdy@bakerdonelson.com  
erdavis@bakerdonelson.com  

Attorneys for Defendants

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 16th day of June, 2022.

James L. Robart
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL - 3